UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIVE THOMAS, individually and on behalf of all others similarly situated,<br><br>                                              Plaintiff,<br><br>        v.<br><br>GLOBAL OPERATIONS SECURITY SERVICE,<br><br>                                              Defendant. | Civil Action No.: 20-CV-03512<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through their attorneys Bouklas Gaylord LLP, hereby provide notice of voluntary dismissal, *without prejudice*, of the above-captioned matter.

Dated: Commack, New York
         December 3, 2020

                              **/s/ James Bouklas**
                              James Bouklas, Esq.
                              *Attorney for Plaintiff*
                              Bouklas Gaylord LLP
                              357 Veterans Memorial Highway
                              Commack, NY 11725
                              (516) 742-4949
                              (516) 742-1977 (fax)

1