UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIVE THOMAS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL OPERATIONS SECURITY SERVICE,<br><br>　　　　　　　　　　　　　　Defendant. | Civil Action No.: 20-CV-03512<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, by and through their attorneys Bouklas Gaylord LLP, hereby provide notice of voluntary dismissal, *without prejudice*, of the above-captioned matter.

Dated: Commack, New York
　　　　December 3, 2020

　　　　　　　　　　　　　　　　　　**/s/ James Bouklas**
　　　　　　　　　　　　　　　　　　James Bouklas, Esq.
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　Bouklas Gaylord LLP
　　　　　　　　　　　　　　　　　　357 Veterans Memorial Highway
　　　　　　　　　　　　　　　　　　Commack, NY 11725
　　　　　　　　　　　　　　　　　　(516) 742-4949
　　　　　　　　　　　　　　　　　　(516) 742-1977 (fax)

　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　*Paul G. Gardephe*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　December 4, 2020

1